IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01251-RMR-CYC

MARK ANTHONY MADERA,

    Plaintiff,

v.

VITALCORE HEALTH STRATEGIES,
BRANDI FULLMER,
MICHELLE KLAUS,
HUNAIF DAR,

    Defendants.

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Cyrus Y. Chung, United States Magistrate Judge.**

Before the Court is Defendant Michelle Klaus' Motion for Dismissal of the plaintiff's 42 U.S.C. §1983 Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion"). ECF No. 48. As the parties have filed a Joint Motion & Stipulation to Dismiss Defendant Michelle Klaus with Prejudice, ECF No. 66, the Court **recommends** that the Motion, ECF No. 48, be **DENIED** as **MOOT**.[1]

---

[1] Be advised that all parties shall have fourteen days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive, or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a *de novo* determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676–83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen days after being served with a copy may bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are

Respectfully submitted this 15th day of August, 2025, at Denver, Colorado.

BY THE COURT:

_____
Cyrus Y. Chung
United States Magistrate Judge

---

accepted or adopted by the District Court. *Duffield v. Jackson*, 545 F.3d 1234, 1237 (10th Cir. 2008) (quoting *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991)). <u>Finally, all parties must consult and comply with the District Judge's practice standards for any specific requirements concerning the filing and briefing of objections.</u>

2